UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MANUEL Q.,

          Petitioner,

v.

PAMELA BONDI, *United States Attorney General*;

KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*;

TODD M. LYONS, *Acting Director, United States Immigration and Customs Enforcement;* and

DAVID EASTERWOOD, *Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*,

          Respondents.

Civil No. 26-491 (JRT/ECW)

**ORDER**

---

**IT IS HEREBY ORDERED THAT:**

    1.    Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner Manuel Q. by **no later than 5:00 p.m. on January 24, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

   b. A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims;

   c. Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Avila v. Bondi*, Civil No. 25- 3741 (JRT/SGE), 2025 WL 2976539 (D. Minn. Oct. 21, 2025); and

   d. Whether the absence of a warrant preceding Petitioner's arrest necessitates Petitioner's immediate release. *See, e.g.*, *Ahmed M. v. Bondi*, Civil No. 25-4711, 2026 WL 25627, at *3 (D. Minn. Jan. 5, 2026).

3. No later than 24 hours after Respondents file their answer, Petitioner must notify the Court whether he intends to file a reply and whether any subsequent orders by the Court should be filed under seal pending a request for redactions. If Petitioner intends to file a reply to Respondents' answer, he must do so by no later than **January 26, 2026**. Thereafter, no

further submissions from either party will be permitted, except as authorized by Court order.

4. Respondents are **ENJOINED** from moving petitioner outside of Minnesota until further order of the Court, so that petitioner may consult with counsel while the Court is considering the petition, and so that there is no risk that removal of Petitioner from Minnesota will deprive this Court of jurisdiction over the petition. If Petitioner has already been removed from Minnesota, respondents are **ORDERED** to immediately return Petitioner to Minnesota.

DATED: January 21, 2026
at Minneapolis, Minnesota.

                                        JOHN R. TUNHEIM
                                    United States District Judge